COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 


 
 
  
  
  
 IN RE:  MIGUEL
 ROJAS, JR.,
  
                            
 Relator.
 
 
 §
  
 §
  
 §
  
 §
  
 
 
  
 No. 08-12-00006-CR
  
 AN ORIGINAL
 PROCEEDING
  
                    IN MANDAMUS
  
 
 
 
 
  
 
 
  
 
 
  
 
 


MEMORANDUM OPINION
ON PETITION FOR WRIT OF MANDAMUS

 

Relator,  Miguel Rojas, Jr., has filed a petition for
writ of mandamus, requesting that this Court compel the El Paso County District
Clerk to “affirmatively address and answer” his request under the Freedom of
Information Act.  Because this Court's
mandamus authority does not include the Respondent in this case, the petition
is Denied.  See Tex.Gov’t Code Ann. § 22.221(b)(West
2004).  

 

January 25, 2012                                 ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.